IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Nelson, Linda J

Printed: 10/22/08

Case Number: 07 B 17352
Judge: Wedoff, Eugene R
Filed: 9/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: November 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,923.70 |  |
| Secured: |  | 182.24 |
| Unsecured: |  | 0.00 |
| Priority: |  | 421.89 |
| Administrative: |  | 2,156.50 |
| Trustee Fee: |  | 163.07 |
| Other Funds: |  | 0.00 |
| Totals: | 2,923.70 | 2,923.70 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,156.50 | 2,156.50 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Citizens Bank | Secured | 0.00 | 0.00 |
| 4. | Dell Financial Services, Inc | Secured | 210.38 | 80.00 |
| 5. | Cook County Treasurer | Secured | 1,976.00 | 0.00 |
| 6. | CitiMortgage Inc | Secured | 22,532.63 | 102.24 |
| 7. | Illinois Dept of Revenue | Priority | 590.11 | 421.89 |
| 8. | GE Money Bank | Unsecured | 942.00 | 0.00 |
| 9. | Dell Financial Services, Inc | Unsecured | 1,586.34 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 647.88 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 100.14 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 317.09 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 1,250.27 | 0.00 |
| 14. | Capital One | Unsecured | 654.42 | 0.00 |
| 15. | Nicor Gas | Unsecured | 1,011.24 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 732.05 | 0.00 |
| 17. | All Financial Services, Inc | Unsecured |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
| 19. | Capital One | Unsecured |  | No Claim Filed |
| 20. | HUD Board of Contract Appeals | Unsecured |  | No Claim Filed |
| 21. | Lane Bryant | Unsecured |  | No Claim Filed |
| 22. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
|  |  |  | $ 34,707.05 | $ 2,760.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Nelson, Linda J | Case Number: 07 B 17352 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/22/08 | Filed: 9/24/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 132.35 |
| 6.5% | 30.72 |
| | $ 163.07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

